No. 61883.—United China & Glass Company v. United States, protest 321575–K/15109 (New Orleans).

Opinion by JOHNSON, J. At the trial, it was stipulated that the spoon rests, item 2263 in cases 2114 to 2119 and 2539 and 2540, are dutiable at 10 cents per dozen pieces and 45 percent ad valorem under the provision in paragraph 211, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52857), for decorated earthenware kitchenware, valued under $2 per dozen, and that the swan condiments, item 2439 in cases 2426 to 2431, are dutiable at 10 cents per dozen pieces and 25 percent ad valorem under the provision in said paragraph 211, as modified, *supra*, for decorated earthenware tableware or kitchenware, valued at $2 or more per dozen. On the record presented, the claims of the plaintiff were sustained.

No. 61884.—Maher-App & Company v. United States, protest 312283–K/14910 (New Orleans).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MAY 1, 1958

No. 61885.—General Chain & Belt Company v. United States, protest 273205–K.— C. D. 1971. Plaintiff's application for rehearing denied.

MAY 1, 1958

No. 61886.—Keer, Maurer Company v. United States, protest 218707–K (Philadelphia).— —Abstract 61700. No action was taken on plaintiff's application for rehearing. However, the decision and judgment of March 18, 1958, by order of the court, were vacated and set aside; the protest was amended; and said decision and judgment were thereby reinstated and revalidated as the decision and judgment of this court.